# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

12/14/2015

NOTICE OF APPEALS
ASSIGNMENT OF COURT OF APPEALS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/16/2015 1:42:49 PM
CHRISTOPHER A. PRINE
Clerk

TO: FIRST COURT OF APPEALS

FROM: DEPUTY CLERK: DUANE C. GILMORE
      CHRIS DANIEL, DISTRICT CLERK
      HARRIS COUNTY, TEXAS

CASE NO:    2012-13485        COURT:    270TH        TENTATIVE DUE DATE:    3/9/2016

APPEAL TYPE    REGULAR (FINDINGS OF FACT FILED)    CASE STATUS:    DISPOSED (FINAL)

APPELLANT:        MICHAEL ELERATH AND SPRING CYPRESS-ELERATH LLC

APPELLEE:        SPRING CYPRESS-LECLERC

EVENT FILE DATE        12/11/2015        NUMBER OF DAYS: 120

EVENT CODES;    BC, C, OA

FILED BY:    **DEREK U OBIALO**                TBN:    **24060354**

DATE ORDER SIGNED        11/10/2015

COURT ASSIGNED TO:    FIRST COURT OF APPEALS

IMAGE NO:    67899840        VOLUME:            PAGE:

MOTION FOR NEW TRIAL FILING DATE:        : November 23, 2015

NOTES:

**CHRIS DANIEL**
**Harris County, District Clerk**

By:   **/s/DUANE C. GILMORE**
            DUANE C. GILMORE, Deputy

BC    NOTICE OF APPEAL FILED
BG    NOTICE OF APPEAL FILED – GOVERNMENT
C     JUDGMENT BEING APPEALED
D -   ACCELERATED APPEAL
OA    NO CLERK'S RECORD REQUEST FILED W/NOTICE OF APPEAL
O     CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA    AMENDED NOTICE OF APPEAL

CAUSE NO. 201213485

| | | |
|---|---|---|
| SPRING CYPRESS-LECLERC, LLC | § | IN THE DISTRICT COURT |
|     Plaintiff | § | |
| | § | |
| Vs. | § | OF HARRIS COUNTY, TEXAS |
| | § | |
| MICHAEL ELERATH, SPRING | § | |
| CYPRESS-ELERATH, LLC, and | § | |
| HUNINGTON PROPERTIES, INC. | § | 270th  JUDICIAL DISTRICT |

DEFENDANTS' NOTICE OF APPEAL

    MICHAEL ELERATH ("Elerath") and SPRING CYPRESS-ELERATH, LLC ("Elerath LLC") desire to appeal from the *final judgment* signed by this court on November 10, 2015.

    Plaintiffs appeal to the First Court of Appeals, Houston, Texas

Respectfully Submitted,

*/s/Derek U Obialo*_____
Derek U. Obialo
SBN 24060354
LAW OFFICE OF DEREK U
OBIALO
1415 North Loop West, Ste. 907
Houston, TX 77008
Tel: 713-894-0136
Fax: 281-806-5449
Email: derekobialo@obialo.com
ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served pursuant to Rule 21a of the Texas Rules of Civil Procedure by electronic transmission on Plaintiff's counsel of record below on December 11, 2015:

Andrew Caplan
SBN 03776700
WEYCER, KAPLAN, PULASKI & ZUBER, PC
1400 Summit Tower
11 Greenway Plaza
Houston, TX 77046
Tel. 713-961-9045
Fax. 713-961-5341
ATTORNEY FOR PLAINTIFF

Respectfully Submitted,

*/s/Derek U Obialo*
Derek U. Obialo

10/23/2015 11:08:07 AM
Chris Daniel - District Clerk Harris County
Envelope No. 7512514
By: SASHA PRINCE
Filed: 10/23/2015 11:08:07 AM

Pgs-3

ATFEX
DC
8A

CAUSE NO. 2012-13485

| | | |
|---|---|---|
| SPRING CYPRESS-LECLERC, LLC | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff* | § | |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| | § | |
| MICHAEL ELERATH, SPRING | § | |
| CYPRESS-ELERATH, LLC, and | § | |
| HUNINGTON PROPERTIES, INC. | § | |
| | § | |
| *Defendants* | § | 270th JUDICIAL DISTRICT |

## FINAL JUDGMENT

On September 21, 2015, the above cited case was called to trial by the Court. The parties all appeared through their attorneys of record and announced ready for trial. The case proceeded to trial before the Court. After the conclusion of the evidence, the Court took the matters under consideration.

Based on the evidence admitted at trial, the agreed upon attorneys' fees submission from the parties, the Court's review of the file and judicial notice of a reasonable and necessary attorneys' fee award, and the applicable law, the Court is of the opinion that the following awards are appropriate. It is therefore:

ORDERED that Defendants Michael Elerath and Spring Cypress-Elerath, LLC are jointly and severally liable to pay the amount of $128,000 as actual damages to the Plaintiff Spring Cypress-Leclerc, LLC.

It is further ORDERED that the Plaintiff Spring Cypress-Leclerc, LLC recover from Defendants Michael Elerath and Spring Cypress-Elerath, LLC jointly and severally an award of reasonable and necessary attorneys' fees in the amount of

$53,746.30.

It is further conditionally ORDERED that Plaintiff Spring Cypress-Leclerc, LLC recover from Defendants Michael Elerath and Spring Cypress-Elerath, LLC jointly and severally:

- $25,000 if this case is appealed to the Court of Appeals for the State of Texas and is successful on said appeal;

- $15,000 if a response to a Petition for Review to the Texas Supreme Court is filed;

- $15,000 if merits briefing is requested by the Texas Supreme Court;

- $15,000 if the Texas Supreme Court grants a Petition for Review and requests oral argument; and

- All court costs related to any such appeal.

All costs of court spent or incurred in this cause are adjudged against the Defendants Michael Elerath and Spring Cypress-Elerath, LLC jointly and severally.

It is further ORDERED that Defendants Michael Elerath and Spring Cypress-Elerath, LLC take nothing by way of their counterclaims.

All writs and processes for the enforcement and collection of this judgment or the costs of court may issue as necessary.

All relief requested in this case and not expressly granted is denied. This is a Final Judgment, disposing of all parties and all claim, and it is appealable.

SIGNED this _____ day of _____, 2015.

Signed:                    _Brent Gamble_
11/10/2015
JUDGE PRESIDING

APPROVED AS TO FORM AND SUBSTANCE:

WEYCER KAPLAN PULASKI & ZUBER, P.C.

By: _____
ANDREW M. CAPLAN
Texas State Bar No. 03776700
E-Mail acaplan@wkpz.com
TANYA N. GARRISON
Texas State Bar No. 24027180
E-Mail: tgarrison@wkpz.com
11 Greenway Plaza, Suite 1400
Houston, Texas 77046
713-961-9045 (phone)
713-961-5341(facsimile)

ATTORNEYS FOR PLAINTIFF

JWEB  INT  65.10  CIVIL SYSTEM | CIVIL CASE INTAKE | GENERAL PARTY INQUIRY INT65.10  GILMORE, DUANE  DECEMBER 16, 2015

**(16) CONNECTION(S) FOUND.**

| CASE NUM: | 201213485 | PJN: | | TRANS NUM: | | CURRENT COURT: | 270 | PUB: | Please Select |

| CASE TYPE: | **BREACH OF CONTRACT** | | CASE STATUS: | **DISPOSED (FINAL)** |

| STYLE: | **SPRING CYPRESS-LECLERC LLC** | VS | **ELERATH, MICHAEL** |

**** INACTIVE PARTIES ****

| | PJN | PER/CONN | COC | BAR | PERSON NAME | PTY STAT | ASSOC. ATTY |
|---|---|---|---|---|---|---|---|
| ☐ | | 00003 - 0002 | XPL | 24060354 | SPRING CYPRESS-ELERATH LLC | | OBIALO, DEREK UCHECHUKWU |
| ☐ | | 00001 - 0002 | XDF | 03776700 | SPRING CYPRESS-LECLERC LLC | | CAPLAN, ANDREW M. |
| ☐ | | 00008 - 0001 | AGT | | SPRING CYPRESS ELERATH LLC (DELAWARE LII | | |
| ☐ | | 00007 - 0001 | AGT | | HUNINGTON PROPERTIES INC (TEXAS CORPOR, | | |
| ☐ | | 00006 - 0001 | AGT | | SPRING CYPRESS-ELERATH LLC (DELAWARE LII | | |
| ☐ | | 00005 - 0001 | AGT | | ELERATH, MICHAEL BY SERVING THE TEXAS SE | | |
| ☐ | | 00004 - 0001 | DEF | 04969600 | HUNINGTON PROPERTIES INC | D | CRADDOCK, DANIEL K. |
| ☐ | | 00003 - 0001 | DEF | 24060354 | SPRING CYPRESS-ELERATH LLC | | OBIALO, DEREK UCHECHUKWU |
| ☐ | | 00003 - 0001 | PAD | 21873600 | WOMAC, BRIAN DOUGLAS | | |
| ☐ | | 00003 - 0001 | DPS | | SPRING CYPRESS-ELERATH LLC | | |
| ☐ | | 00003 - 0001 | PAD | 07049125 | FISHER, BENNETT GREG | | |
| ☐ | | 00002 - 0001 | DEF | 24060354 | ELERATH, MICHAEL | | OBIALO, DEREK UCHECHUKWU |
| ☐ | | 00002 - 0001 | PAD | 21873600 | WOMAC, BRIAN DOUGLAS | | |
| ☐ | | 00002 - 0001 | DPS | | ELERATH, MICHAEL | | |
| ☐ | | 00002 - 0001 | PAD | 07049125 | FISHER, BENNETT GREG | | |
| ☐ | | 00001 - 0001 | PLT | 03776700 | SPRING CYPRESS-LECLERC LLC | | CAPLAN, ANDREW M. |

| Submit Query | 1 | Total Pages | **Submit Query** | **Submit Query** | 1 | **Submit Query** | **Submit Query** | Records Per-Page | 20 |

| ATY INQ | ACT UPDT | SERV ISSU | DOCU INQ | CASE SUMM INQ | PTY ADDR |
| ATY SUB | MUL ATY SUB | ATY W/DRAWL | PTY W/DRAWL | | |

Harris County Information Technology Center (ITC) Justice Applications